# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEREMY EDWARD MUSGRAY,

       Petitioner,

v.                                CASE NO.  4:06cv372-RH/WCS

WARDEN JOHN HANCOCK,

       Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 12), to which no objections have been filed. The recommendation is to dismiss the petition for writ of habeas corpus for failure to exhaust administrative remedies.

It appears undisputed that petitioner has not pursued any administrative remedy. It also appears undisputed that at least some administrative remedy—within the Florida Department of Corrections, if not also within the Bureau of Prisons—is available. It is less than clear that any remedy would be futile; there is at least some possibility that someone in the administrative process

will address petitioner's claim on the merits.  Accordingly,

IT IS ORDERED:

The magistrate judge's recommendation is ACCEPTED.  The clerk shall

enter judgment stating, "The petition is dismissed without prejudice for failure to

exhaust administrative remedies."  The clerk shall enter judgment and close the

file.

SO ORDERED this 7th day of October, 2007.

s/Robert L. Hinkle        <br>
Chief United States District Judge
